UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWENA ABBOT,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. 15-CV-05541-LHK<br><br>**CASE MANAGEMENT ORDER** |

Counsel for Plaintiff:  Elliot Gale
Counsel for Defendant Experian Information Solutions:  Alyssa Staudinger
Counsel for Defendant Credit Bureau of Placer County:  Amanda Griffith
Counsel for Defendant Enhanced Recovery Company:  Travis Campbell

   An initial case management conference was held on April 7, 2016.  A further case management conference is set for July 6, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by June 29, 2016.

   Plaintiff and Defendant Enhanced Recovery Company shall file a stipulation of dismissal by April 8, 2016.
   Plaintiff and Defendant Experian Information Solutions, Inc. are referred to the Court's ADR program, with a deadline to complete mediation by July 8, 2016.

   The Court set the following case schedule:

1

Case No. 15-CV-05541-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | July 6, 2016 |
| Opening Expert Reports | December 2, 2016 |
| Rebuttal Expert Reports | December 16, 2016 |
| Fact Discovery Cutoff | December 30, 2016 |
| Close of Expert Discovery | January 6, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 19, 2017 |
| Hearing on Dispositive Motions | March 2, 2017, at 1:30 p.m. |
| Final Pretrial Conference | April 27, 2017, at 1:30 p.m. |
| Jury Trial | May 15, 2017, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
LUCY H. KOH
United States District Judge